## COMMONWEALTH of Pennsylvania, Respondent,

v.

## Daniel HARPER, Petitioner.

Supreme Court of Pennsylvania.

Sept. 28, 2000.

## ORDER

PER CURIAM:

AND NOW, this 28th day of September, 2000, the Petition for Allowance of Appeal is granted. The order of the Superior Court is reversed. The judgment of sentence is vacated. See, *Commonwealth v. Matos,* 543 Pa. 449, 672 A.2d 769 (1996).

■

## OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

## Jeffrey Marc ROBINSON, Respondent.

## No. 615 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Oct. 2, 2000.

## ORDER

PER CURIAM:

AND NOW, this 2nd day of October, 2000, there having been filed with this Court by Jeffrey Marc Robinson his verified Statement of Resignation dated August 24, 2000, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Jeffrey Marc Robinson be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.